OFFICE OF DISCIPLINARY COUNSEL *v.* BRADLEY.

[Cite as *Disciplinary Counsel v. Bradley* (1998), 82 Ohio St.3d 261.]

(No. 98–400—Submitted April 21, 1998—Decided June 24, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

---

**Per Curiam.** We agree with the finding, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.